```
                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3060-1 |
| v. | ) | |
| | ) | |
| OCTAVIO DELVILLAR, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED,

Defendant's motion to continue, filing 15, is granted and the detention hearing is continued from today to June 15, 2005 at 1:30 p.m.

DATED this 31st day of May, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge