IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3060 |
| v. | ) | |
| | ) | |
| OCTAVIO DELVILLAR, | ) | |
| | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED:

The motion of Michael Hansen to withdraw as counsel for defendant Delvillar, filing 17, is granted.

DATED this 2nd day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge