```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3060 |
| v. | ) | |
| | ) | |
| OCTAVIO DELVILLAR, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

At the detention hearing today the government moved to continue the hearing in order to allow the pretrial services officers to complete a report and to allow defendant and his counsel to make specific proposals for the release of the defendant on conditions.

IT THEREFORE HEREBY IS ORDERED,

The oral motion is granted, and the pretrial services officer shall complete the customary pretrial services report and also cause an investigation to be made of the proposal(s) made by defendant's counsel. Once those matters have been completed, defendant's counsel shall telephone the chambers of the undersigned, and the detention hearing will continue at an agreed time.

DATED this 15th day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge