IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3060 |
| | ) | |
| v. | ) | |
| | ) | |
| OCTAVIO DELVILLAR, | ) | ORDER |
| FERNANDO NUNEZ, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on defendants' motions to continue trial, filings 35 and 36. The government has advised the court that it has no objection to the requested continuance. The Court, being fully advised in the premises, finds that the motions should be granted.

IT IS THEREFORE ORDERED:

(1) Defendants' motions to continue, filings 36 and 36, are granted.

(2) The defendants' trial is set to commence before the undersigned at 9:00 a.m. on January 17, 2006, for a duration of three trial days. Jury selection will be at the commencement of trial.

(3) This Court further finds that, based upon the showing set forth in defendants' motion, the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendants and the public in a speedy trial. Accordingly, the time

between December 12, 2005 and January 17, 2006 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(8)(a).

December 6, 2005.       BY THE COURT:

                        s/*Richard G. Kopf*
                        United States District Judge