IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
                 Plaintiff,     )
                                )          4:05CR3060
            v.                  )
                                )
OCTAVIO DELVILLAR,              )
                                )              ORDER
                 Defendant.     )
                                )

     IT IS ORDERED:

     The clerk is directed to remove filing number 48 from the public docket sheet and file it as a sealed pleading.

     DATED this 4th day of April, 2006.

                 BY THE COURT:

                 s/ *David L. Piester*
                 David L. Piester
                 United States Magistrate Judge