IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 4:05CR03060 |
| Plaintiff, ) | |
| ) | ORDER FOR |
| vs. ) | TEMPORARY TRANSFER |
| ) | OF CUSTODY |
| OCTAVIO DELVILLAR, ) | |
| ) | |
| Defendant. ) | |

    IT IS ORDERED that the Amended Motion Seeking Temporary Transfer of Custody of Octavio Delvillar (Filing #52 ) is approved as requested.

    DATED this 4th day of April, 2006.

                                    BY THE COURT

                                    s/ *David L. Piester*

                                  David L. Piester
                                  United States Magistrate Judge