IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3060 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| OCTAVIO DELVILLAR and | ) | |
| FERNANDO NUNEZ, | ) | |
| | ) | |
| Defendants. | | |

On the oral motion of Defendant Delvillar, and without objection by Defendant Nunez and the government,

IT IS ORDERED that:

(1)  Trial of this case is continued to 9:00 a.m., Monday, September 18, 2006, for five days, before the undersigned United States district judge, in Lincoln, Nebraska. Since this is a criminal case, the defendants shall be present unless excused by the court.

(2)  The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161(h)(1)(I)& (h)(8)(A)(B).

May 26, 2006.                    BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge