IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:05CR3060 |
| | ) | |
| V. | ) | |
| | ) | |
| OCTAVIO DELVILLAR, | ) | ORDER |
| FERNANDO NUNEZ, | ) | |
| | ) | |
| Defendants. | ) | |

After consultation with counsel by telephone,

IT IS ORDERED that:

(1) By 5:00 p.m. on Wednesday, October 25, 2006, counsel for the defendants shall advise counsel for the government whether they will waive foundation as to all or any of the documents.

(2) By 5:00 p.m. on Monday, November 6, 2006, the parties shall advise the undersigned whether this case is settled. The court will not accept a settlement after that date or, if it does, sanctions may be imposed including denial of an acceptance of responsibility reduction.

(3) This case is moved to the number one case on November 13, 2006 for five trial days.

October 18, 2006.                BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge