IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3060-1 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| OCTAVIO DELVILLAR, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

1. Filing 170, Defendant's request for copies of documents, treated as a motion, is denied.

2. Filing 171, Defendant's application to proceed in forma pauperis with respect to filing 170, is denied.

December 18, 2007.                BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge