IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3060 |
| | ) | |
| v. | ) | |
| | ) | |
| OCTAVIO DELVILLAR, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that judgment is entered for the United States of America and against Octavio Delvillar providing that he shall take nothing and his § 2255 motion (filing 190) is dismissed with prejudice.

    DATED this 11th day of March, 2009.

                                          BY THE COURT:

                                          *s/Richard G. Kopf*
                                          United States District Judge