IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3060-1 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| OCTAVIO DELVILLAR, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that filing 195, the defendant's motion to alter or amend judgment pursuant to Fed.R.Civ.P. 59(e), is denied.

March 30, 2009.                    BY THE COURT:

                                   s/ *Richard G. Kopf*
                                   United States District Judge